# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Alfred Perez-Valenzuela, | ) No. CV-08-1724-PHX-DGC (ECV) |
| Petitioner, | ) **ORDER** |
| v. | ) |
| Dora B Schriro, et al., | ) |
| Respondents. | ) |

Pending before the Court are Petitioner Jose Alfred Perez-Valenzuela's petition for writ of habeas corpus and United States Magistrate Judge Edward C. Voss's Report and Recommendation ("R&R"). Dkt. ##1, 18. The R&R recommends that the Court deny the petition and dismiss the Petition with prejudice because the Petitioner's three grounds for relief are procedurally defaulted. Dkt. #18 at 7. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 8-9 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The

Court will accept the R&R and deny the Petition and dismiss the Petition with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss's R&R (Dkt. #18) is **accepted**.

2. Petitioner Jose Alfred Perez-Valenzuela's petition for writ of habeas corpus (Dkt. #1) is **denied and dismissed with prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 2nd day of September, 2009.

_____
David G. Campbell
United States District Judge